

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA J. TRAVIS, Individually,
and as Personal Representative of the
Estate of MARK P. TRAVIS, Deceased,

        Plaintiff,

vs.

PETER LEVANOVICH, M.D.;
McLAREN NORTHERN MICHIGAN d/b/a
NORTHERN MICHIGAN REGIONAL
HOSPITAL; MICHIGAN HEART & VASCULAR
SPECIALISTS, a Department of McLAREN
NORTHERN MICHIGAN, and THE CARDIAC
INSTITUTE d/b/a MICHIGAN HEART &
VASCULAR SPECIALISTS,

        Defendants.

Case No. 1:14-cv-00082-JTN
Hon. Janet T. Neff

FILED - GR
July 14, 2015 2:25 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc   SCANNED BY /s/ 7/14/15

---

| | |
|---|---|
| MARC LIPTON (P43877)<br>STEFFANI CHOCRON (P45335)<br>ELIZABETH D. WILFONG (0088172)<br>LIPTON LAW CENTER, P.C.<br>Attorney for Plaintiff<br>18930 W. Ten Mile Road<br>Southfield, Michigan 48075<br>(248) 557-1688<br>marc@liptonlaw.com<br>steffani@liptonlaw.com<br>liz@liptonlaw.com | ROBERT M. WYNGAARDEN (P36504)<br>VERLIN R. NAFZIGER (P37938)<br>JOHNSON & WYNGAARDEN, P.C.<br>Attorneys for Defendants<br>3445 Wood Edge Drive<br>Okemos, Michigan 48864<br>(517) 349-3200<br>rmw@jwynlaw.com<br>vrn@jwynlaw.com |
| Kelly L. Cumberworth (P70872)<br>Allen Brothers, PLLC<br>Attorneys for Interested Parties Debra J.<br>Travis, Neil Travis and Jason Travis<br>400 Monroe Street, Ste. 220<br>Detroit, MI 48226<br>(313) 962-7777<br>kellyc@allenbrotherspllc.com | William M. Azkoul (P40071)<br>J. Paul Janes (P43798)<br>Gruel Mills Nims & Pylman, PLLC<br>Attorneys for Interested Party Cliff Lipton<br>99 Monroe Ave., NW Ste. 800<br>Grand Rapids, MI 49503<br>(616) 235-5500<br>wmazkoul@gmnp.com<br>jpjanes@gnmp.com |

<u>**ORDER APPROVING SETTLEMENT AND DISTRIBUTION**</u>
<u>**OF COSTS AND ATTORNEY FEES AND AUTHORIZING**</u>
<u>**PERSONAL REPRESENTATIVE OF THE ESTATE TO EXECUTE**</u>
<u>**THE RELEASE AND SETTLEMENT AGREEMENT AND DISMISSING**</u>
<u>**THE ACTION WITH PREJUDICE**</u>

At a session of said Court, held in the United States District court, Western District, Southern Division, State of Michigan this 14th day of July, 2015

PRESENT: HONORABLE JANET T. NEFF

**IT IS HEREBY ORDERED** that the Wrongful Death Settlement as set forth in sealed Exhibit 1 of Docket No. 104, is hereby approved;

**IT IS FURTHER ORDERED** Plaintiff, Debra Travis, as Personal Representative of the Estate of Mark Travis, Deceased, is authorized and empowered to sign any and all necessary documents to effectuate said settlement, including releases, drafts, checks, etc.;

**IT IS FURTHER ORDERED** that the costs and attorney fees incurred for recovery are hereby approved as reasonable and necessary for this cause as set forth in the sealed Exhibit 1 of Docket No. 104, and that said costs and attorney's fees may be immediately disbursed.

**IT IS FURTHER ORDERED** IT IS FURTHER ORDERED that following payment of attorney fees and costs as outlined in sealed Exhibit 1 of Docket No. 104, distribution of the net settlement proceeds pursuant to MCL 600.2922 shall be as follows: (1) forty five thousand dollars ($45,000) to Cliff Travis following execution of a release and a settlement agreement with Debra J. Travis, and (2) all remaining settlement proceeds payable directly to Debra J. Travis, the surviving spouse of Mark P. Travis.

**IT IS FURTHER ORDERED** that this approved settlement between the parties is full and final; that Defendants shall be and are hereby dismissed as parties in this litigation, with prejudice, and no costs, interests or fees shall be taxed for or against any party to this action.

**This order resolves the last pending claim and closes the case.**

_____
Hon. Janet T. Neff